1  WILCOXEN, CALLAHAN, MONTGOMERY & DEACON
   Gary B. Callahan, # 047543
2  E.S. Deacon, Esq., #127638
   2114 K Street
3  Sacramento, California 95816
   Telephone: (916) 442-2777
4
   Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RATOMIR POPESKOVICH and BRANISLAVA POPESKOVICH, THE ESTATE OF DEJAN POPESKOVICH, DECEASED by and through his heirs, RATOMIR POPESKOVICH and BRANISLAVA POPESKOVICH,<br><br>Plaintiffs,<br><br>v.<br><br>CANTEX, INC., REXEL NORCAL VALLEY, INC., NEW YORK REXEL, INC., AND DOES 1-100.<br><br>Defendants. | Case No. 2:05-CV-00732-WBS-KJM<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT AND MOTION TO AMEND COMPLAINT FROM JUNE 13, 2005 TO JULY 25, 2005 AND ORDER THEREON** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**WHEREAS,** the parties to this litigation desire to continue the hearing on Plaintiff's Motion to Remand Action to State Court for Procedural and Jurisdictional Defects in the Removal of This Case and Permission to Join Known Defendants and Plaintiff's Motion to Amend the Complaint.

**AGREEMENT AND STIPULATION:**

By their duly authorized agent's signature herein below, the parties to this lawsuit agree to continue the hearing on plaintiff's motion to remand action to state court and motion to amend complaint from June 13, 2005 to July 25, 2005.

**IT IS SO STIPULATED.**

1

**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT AND MOTION TO AMEND COMPLAINT**

1  Date: _____       **WESTON HERZOG**

2

3                                   _____
                                    Jonathon J. Herzog
4                                   Attorney for Defendant, New York Rexel, Inc.;
                                    Summers Group, Inc., dba Rexel Norcal Valley
5                                   Co. Ltd.

6

7

8  Date: _____       **CARROLL, BURDICK & MCDONOUGH**

9

10

11                                  _____
                                    Bertrand LeBlanc, II
12                                  Attorney for Cantex, Inc.

13

14

15 Date: _____       **WILCOXEN, CALLAHAN, MONTGOMERY
                                    & DEACON**
16

17                                  _____
                                    Gary B. Callahan
18                                  Attorney for Plaintiffs Crane and Porter

19

20

21

22              **IT IS SO ORDERED,**

23

24
   **DATE: June 2, 2005**
25

26                              _____
                                WILLIAM B. SHUBB
27                              UNITED STATES DISTRICT JUDGE

28

2

**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND ACTION TO
STATE COURT AND MOTION TO AMEND COMPLAINT**