1  Jonathon J. Herzog, Bar No. 162339
   WESTON HERZOG LLP
2  4640 Lankershim Blvd., Suite 514
   North Hollywood, CA 91602
3  Telephone:  (818) 755-8555
   Facsimile:  (818) 755-8542
4  E-Mail:  jherzog@westzog.com

5  Attorneys for Defendants,
   NEW YORK REXEL, INC. and SUMMERS
6  GROUP, INC. dba REXEL NORCAL VALLEY

7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11 RATOMIR POPESKOVICH and              )  Case No. 2:05-CV-00732-WBS-KJM
   BRANISLAVA POPESKOVICH, THE          )
12 ESTATE OF DEJAN POPESKOVICH,         )  **STIPULATION FOR ORDER
   DECEASED by and through his heirs,   )  PRESERVING EVIDENCE;
13 RATOMIR POPESKOVICH and              )  ORDER THEREON**
   BRANISLAVA POPESKOVICH,              )
14                                      )
             Plaintiffs,                )
15                                      )
        vs.                            )
16                                      )
   CANTEX, INC., REXEL NORCAL          )
17 VALLEY, INC., NEW YORK REXEL,        )
   INC. ,                              )
18                                      )
             Defendants.               )
19 _____ )

20      TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

21      WHEREAS, the parties to this litigation desire to protect the evidence in this

22 case as it presently relates to the preservation of the ECM component of the 1998

23 Kenworth vehicle involved in the incident giving rise to this litigation;

24      WHEREAS, the parties also desire the ability to inspect and test said ECM for

25 purposes of obtaining evidence relative to the claims asserted in the Complaint in

26 this matter;

27

28

WESTON HERZOG LLP
ATTORNEYS
4640 LANKERSHIM BOULEVARD, SUITE 514
NORTH HOLLYWOOD, CALIFORNIA 91602
TELEPHONE: (818) 755-8555

WESTON HERZOG LLP
ATTORNEYS
4640 LANKERSHIM BOULEVARD, SUITE 514
NORTH HOLLYWOOD, CALIFORNIA 91602
TELEPHONE: (818) 755-8555

1  WHEREAS, the parties also desire to jointly retain Timothy Reust to

2  download the data from the ECM, to interpret the data and to provide it to the

3  parties;

4  WHEREAS, the parties further wish to avoid accusations of spoliation of the

5  evidence by any other party or parties' experts as it relates to the ECM and the ECM

6  data.

7  NOW THEREFORE, the parties below enter into the following

8  STIPULATION for entry of an ORDER by the Court herein allowing downloading,

9  inspection and/or testing of the ECM pursuant to the agreement set forth herein.

10  **AGREEMENT AND STIPULATION:**

11  By their duly authorized agents' signatures below, the parties to this lawsuit

12  agree to the terms and conditions set forth hereinafter.

13  **A.    Joint Retention of Timothy Reust**

14  The parties have jointly retained Timothy Reust to download the data from the

15  above-described ECM component while still attached to the motor of the 1998

16  Kenworth, to preserve the data in electronic and printed formats and to distribute the

17  ECM data to the parties.  Mr. Reust shall download the data from the ECM on the

18  date and time agreed by all parties to this action.

19  **B.    Download, Interpretation and Distribution of ECM Data**

20  Timothy Reust will provide the parties with a written protocol to download the

21  data from the ECM and the date, time and location for the download.  The parties

22  shall have twenty (20) days to serve written objections to the download protocol or

23  to the date, time or location for the download.  The download shall proceed as

24  proposed by Mr. Reust if no party serves written objection to the proposed ECM

25  download protocol or to the time, date or location for the download.

26  If any party serves a written objection to the proposed ECM download

27  protocol or to the date, time and location of the download at least ten (10) days prior

28  to the proposed date for the download (by facsimile or other means), then no

1   downloading of data from the ECM shall proceed in the absence of a written

2   stipulation by all parties, setting forth the protocol to be followed and the date, time

3   and location for the download.

4          If the parties cannot reach a written stipulation as set forth in the above, then

5   no such downloading of data from the ECM shall be performed until the Court in

6   which this action is being litigated issues an order setting forth the protocol to be

7   followed and the date, time and location for the download.

8          All parties have the right to be present, and to have their representatives

9   present, for the download of data from the ECM.

10         No downloading or testing that will alter, conceal, or otherwise adversely

11  affect the evidentiary state of the ECM or the integrity of the data thereon shall take

12  place without either the written consent of all parties for the proposed activity or an

13  order of the Court herein.

14         The ECM download conducted by Mr. Reust may be video taped by any party

15  desiring to video tape the inspection and such party shall be the custodian of the

16  video tape.  Any other party may obtain a copy of any video tape taken by another

17  party upon paying the reasonable duplication expense therefor.

18         If any observing party or that party's representative observes any activity by

19  the person or persons performing any download of data from the ECM which is

20  inconsistent with the approved protocol, then that party/party's representative, may

21  declare the download there and then suspended with such unauthorized activity to

22  immediately cease, pending further order of the Court and/or agreement of the

23  parties to this Stipulation.

24         Promptly after Mr. Reust has downloaded the data from the ECM, he will

25  preserve the data in electronic and printed formats and will interpret the data by

26  incorporating it in a chart, graph, spreadsheet, timeline or other easily understandable

27  format.  He will provide all parties with his interpretation of the data and an

28  electronic copy of the data downloaded from the ECM.

WESTON HERZOG LLP
ATTORNEYS
4640 LANKERSHIM BOULEVARD, SUITE 514
NORTH HOLLYWOOD, CALIFORNIA 91602
TELEPHONE: (818) 755-8555

STIPULATION FOR ORDER PRESERVING EVIDENCE; ORDER THEREON

WH::23477.01

**C.     Costs**

All parties will divide the costs of downloading, interpretation and preservation of the data from the ECM attached to the motor of the 1998 Kenworth tractor.

**D.     Other**

An objection made pursuant to this stipulation shall be deemed duly served by being sent via facsimile or e-mail to the respective counsel of record herein and sender receiving a written confirmation that the facsimile transmission was delivered.

Only the parties to this Stipulation may enforce the terms and conditions ordered herein and such enforcement shall extend to the parties, their agents, experts and any other person(s) employed by or retained by the parties hereto as well as Timothy Reust.  By executing this Stipulation the undersigned counsel, on behalf of their clients, and Timothy Reust stipulate and agree to be bound by its provisions.

This Stipulation to preserve evidence may be signed in counterparts and facsimile signatures will be equally effective as original signatures.

IT IS SO STIPULATED.

Dated:                                              WESTON HERZOG LLP

                                              _____
                                              JONATHON J. HERZOG
                                              Attorneys for Defendants
                                              NEW YORK REXEL, INC. and
                                              SUMMERS GROUP, INC. dba REXEL
                                              NORCAL VALLEY

WESTON HERZOG LLP
ATTORNEYS
4640 LANKERSHIM BOULEVARD, SUITE 514
NORTH HOLLYWOOD, CALIFORNIA 91602
TELEPHONE: (818) 755-8555

WH::23477.01

1    Dated:                              CARROLL, BURDICK & MCDONOUGH

2

3

4                                        _____

5                                        BERTRAND LeBLANC, II
                                         Attorneys for Defendant
6                                        CANTEX, INC.

7

8    Dated:                              WILCOXEN, CALLAHAN, MONTGOMERY &
                                         DEACON
9

10

11                                       _____

12                                       GARY B. CALLAHAN
                                         Attorneys for Plaintiffs
13

14   Dated:

15

16

17                                       _____
                                         TIMOTHY REUST
18

19

20        IT IS SO ORDERED.

21   Dated: June 24, 2005

22

23                                       _____
                                         WILLIAM B. SHUBB
24                                       UNITED STATES DISTRICT JUDGE

25

26

27

28

-5-
STIPULATION FOR ORDER PRESERVING EVIDENCE; ORDER THEREON
WH··23477.01

WESTON HERZOG LLP
ATTORNEYS
4640 LANKERSHIM BOULEVARD, SUITE 514
NORTH HOLLYWOOD, CALIFORNIA 91602
TELEPHONE: (818) 755-8555

1

## PROOF OF SERVICE

2

3      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 4640 Lankershim Blvd., Suite 514, North Hollywood, CA 91602.

4

5      On June 24, 2005, I served the within document(s) described as:

6      STIPULATION FOR ORDER PRESERVING EVIDENCE; ORDER THEREON

7      on the interested parties in this action as stated below:

8   Gary Callahan, Esq.                          Bertrand "Randy" LeBlanc
    Wilcoxen Callahan Montgomery & Deacon        Carroll, Burdick & McDonough
9   2114 K Street                                44 Montgomery Street
    Sacramento, CA  95816                        Suite 400
10                                               San Francisco, CA  94104

11  [X]   (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above.  I placed each such envelope for collection and mailing

12  following ordinary business practices.  I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing.  Under that practice, the

13  correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at North Hollywood, California, in the ordinary course

14  of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for

15  mailing in affidavit.

16      I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

17

18      Executed on June 24, 2005, at North Hollywood, California.

19      I declare under penalty of perjury that the foregoing is true and correct.

20  _____        _____
          LYNN SULLIVAN
21        (Type or print name)                               (Signature)

22

23

24

25

26

27

28

WESTON HERZOG LLP
ATTORNEYS
4640 LANKERSHIM BOULEVARD, SUITE 514
NORTH HOLLYWOOD, CALIFORNIA 91602
TELEPHONE: (818) 755-8555

-6-
STIPULATION FOR ORDER PRESERVING EVIDENCE; ORDER THEREON

WH::23477.01